UNITED STATES DISTRICT COURT
PROBATION OFFICE
DISTRICT OF NEW JERSEY

CHRISTOPHER MALONEY
CHIEF PROBATION OFFICER

THOMAS S. LARSON
SUPERVISING U.S. PROBATION OFFICER

August 4, 2005

200 FEDERAL PLAZA
ROOM 130
P.O. BOX 2097
PATERSON, NJ 07509-2097
(973) 357-4080
FAX: (973) 357-4092

The Honorable Alfred M. Wolin
United States District Judge
District of New Jersey
Martin Luther King, Jr. Federal Building and U.S. Courthouse
50 Walnut Street, Room 4069
Newark, NJ 07102

RE:  Jose GUEVARA
     Docket No. 00-166-001
     **REQUEST FOR TERMINATION OF SUPERVISION**

Dear Judge Wolin:

On August 28, 2000, Your Honor sentenced Jose Guevera for Traveling in Interstate Commerce for the Purpose of Engaging in a Sexual Act with a Minor, in violation 18 U.S.C. 2423(b), to five (5) years probation; $100 special assessment; eight (8) months home confinement with electronic monitoring; 1,500 hours of community service work; mental health treatment; no contact with children under the age of 18; prohibited from possessing, procure, or obtain access to any form of computer network. On August 9, 2001, Jose Guevera's conditions were modified to include participation in a program for sexual disorders, which included polygraph examination, and the permission of a computer with internet access in the home. On January 27, 2004, Jose Guevera's conditions were again modified to include installation of software on the offender's home computer with the capability to monitor his usage. The offender has been supervised by the U.S. Probation Office for the Eastern District of New York (ED/NY) since his sentencing in 2000.

On July 13, 2005, this office received a letter from the U.S. Probation Office (ED/NY), advising that Mr. Guevera is due to terminate from supervision on August 27, 2005. However, the offender has a balance of 250 hours of community service work remaining, which will not be completed by his termination date. The ED/NY has advised Mr. Guevera satisfied all other conditions of probation, and are requesting the offender be permitted to terminate as schedule.

If you have any questions, please contact the undersigned officer at 973-357-4089.

Respectfully submitted,

CHRISTOPHER MALONEY, Chief,
U.S. Probation Officer

By: Kevin M. Villa
    U.S. Probation Officer

/kmv

( ✓ )  The Court concurs with the recommendation of the probation office that Mr. Guevera be permitted to terminate from supervision as scheduled.

(   )  The Court disagrees with the recommendation and directs the probation office to initiate violation proceedings or a modification of conditions to extend Mr. Guevera's supervision for completion of community service work.

(   )  OTHER: _____

_____

Alfred M. Wolin, JOSE L. LINARES
United States District Judge

Date: 8/18/05